219 So.2d 177

**James D. WARE, Individually and as Natural Tutor of James Robert KELLEY**

**v.**

**Gerald L. WILLIAMS.**

**No. 49678.**

Feb. 28, 1969.

In re: James D. Ware applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Concordia. 216 So.2d 697.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

219 So.2d 177

**Ruffin GEORGE et ux.**

**v.**

**Ora BERTRAND et al.**

**No. 49686.**

Feb. 28, 1969.

In re: Ruffin George applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 217 So.2d 47.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

SANDERS, J., is of the opinion that a writ should be granted.